■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RITCHIE L. BAILEY, Appellant. [675 NYS2d 921] —Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Offering False Instrument for Filing, 1st Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.